USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/20/2021

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OTTO DELCID, on behalf of himself and all others similarly situated, | Case No. 1:21-cv-09454-GHW-KHP |
| Plaintiff, | |
| v. | |
| THE PROCTER & GAMBLE COMPANY, | |
| Defendant. | |

**ORDER GRANTING JOINT MOTION TO STAY ALL PROCEEDINGS PENDING JPML DETERMINATION**

THIS CAUSE comes before the Court on the Joint Motion to Stay All Proceedings Pending JPML Determination. This Court having considered the motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

The Motion is GRANTED. This action is STAYED until the Judicial Panel on Multidistrict Litigation determines whether this action should be transferred to a single forum under 28 U.S.C. § 1407 for coordinated pretrial proceedings.

It is further ORDERED that if the JPML denies the pending request for centralization, the Parties will file a status report within 14 days of the Panel's ruling.

DONE AND ORDERED in Chambers at __New York__, New York, this __20th__ day of __2021__.

SO ORDERED:

*Katharine H Parker*

HON. KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to: All Counsel of Record